IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RUBEN EUGENE COGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:11-cv-231-WKW-WC |
| | ) | |
| DEPARTMENT OF HUMAN RESOURCES, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## RECOMMENDATION OF THE MAGISTRATE JUDGE

By Order (Doc. #4) entered April 4, 2011, the Court denied Plaintiff Ruben Eugene Coggins's Application for Leave to Proceed *In Forma Pauperis* (Doc. #2). The Court instructed Plaintiff to pay the civil filing fee on or before April 21 2011, and warned him that failure to do so would result in a recommendation by the undersigned that this matter be dismissed. Plaintiff has filed a Response (Doc. #5) to this Order, in which he essentially accuses this Court of being corrupt and obstructing justice.

Plaintiff has also filed a "Motion for Default and Default Judgment," (Doc. #6), which, rather than actually requesting entry of default judgment, appears to just include language similar to that used in a summons to answer a civil complaint. In any event, the Court has not ordered service of Plaintiff's complaint because Plaintiff has not yet paid the filing fee. Thus, there can be no default where Defendants have not been properly served with Plaintiff's complaint because the Court has not issued a properly executed summons due to the fact that Plaintiff has not been granted leave to proceed *in forma pauperis* and has not paid the filing fee.

Because Plaintiff has not paid the filing fee as instructed, it is the RECOMMENDATION

of the Magistrate Judge that this action be DISMISSED and that Plaintiff's "Motion for Default and Default Judgment" (Doc. #6) be DENIED.  It is further

ORDERED that Plaintiff is DIRECTED to file any objections to the said Recommendation **on or before May 10, 2011**.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which Plaintiff objects.  Frivolous, conclusive or general objections will not be considered by the District Court.  Plaintiff is advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); *see Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982); *see also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*) (adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981).

DONE this 26th day of April, 2011.

/s/ Wallace Capel, Jr.  
WALLACE CAPEL, JR.  
UNITED STATES MAGISTRATE JUDGE